| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Weinstein, Jack B. | 2. Court or Organization<br><br>USDC-Eastern District of NY | 3. Date of Report<br><br>4/4/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |

**Weinstein , Jack B.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Royalties | $4,000.00 |
| 2. 2010 | Teachers Ins & Annuity Pensions | $11,189.00 |
| 3. 2010 | NY State Retirement System Pension | $8,691.84 |
| 4. 2010 | Judicial Retiree & Survivors | $161,732.74 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney cash | A | Interest | J | T | | | | | |
| 2. Smith Barney ms active assets | A | Interest | K | T | | | | | |
| 3. Nassau Cty NY genl obligation 1/1/14 | A | Interest | | | Sold | 01/04/10 | J | | |
| 4. NYS twy auth local hwy-4/1/21 | A | Interest | J | T | | | | | |
| 5. Harborfields cent sch dis-ny-6/1/18 | A | Interest | J | T | | | | | |
| 6. Buffalo NY mun wtr fin auth-7/1/22 | A | Interest | J | T | | | | | |
| 7. NYS dorm auth lease-7/1/25 | A | Interest | J | T | | | | | |
| 8. Duchess Cnty NY resource-1/1/13 | A | Interest | | | Sold | 09/21/10 | J | | |
| 9. Eastport south manor cent sch-6/15/21 | A | Interest | J | T | | | | | |
| 10. NY NYC hlth & hosp-2/15/14 | A | Interest | | | Sold | 11/26/10 | J | | |
| 11. NYS dorm auth revs-2/15/14 | A | Interest | | | Sold | 03/17/10 | J | | |
| 12. NYS enviro facs corp-6/15/14 | A | Interest | J | T | | | | | |
| 13. Smithtown ny cent sch dist-8/1/15 | A | Interest | | | Sold | 05/04/10 | J | | |
| 14. NYS dorm auth rev-2/1/18 | A | Interest | J | T | | | | | |
| 15. Triborough brdg & tunl auth-11/15/18 | A | Interest | J | T | | | | | |
| 16. Duchess Cnty NY indl dev agy-7/1/20 | A | Interest | J | T | | | | | |
| 17. NY NY genl oblig ser-g 8/1/20 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. East Islip NY un free sch dist6/15/2 | A | Interest | K | T | | | | | |
| 19. NY NYC genl oblig ser a - 8/1/21 | A | Interest | K | T | | | | | |
| 20. NY NY genl oblig ser-1 3/1/22 | A | Interest | J | T | | | | | |
| 21. NY NYC indl dev agy - 6/1/22 | A | Interest | | | Sold | 09/21/10 | J | | |
| 22. NY NYC mun wtr fin auth-6/15/22 | A | Interest | J | T | | | | | |
| 23. Long Island Power Authority - 12/1/22 | A | Interest | K | T | | | | | |
| 24. NYS envir facs corp - 6/15/23 | A | Interest | J | T | | | | | |
| 25. NY NY genl oblig ser j-8/1/23 | A | Interest | | | Sold | 01/12/10 | J | | |
| 26. NYS mun bond bank agy - 12/1/23 | A | Interest | J | T | | | | | |
| 27. NY NY genl oblig ser-1 3/1/24 | A | Interest | J | T | | | | | |
| 28. NYS enviro facs corp - 6/15/24 | A | Interest | K | T | | | | | |
| 29. Port Auth NY & NJ one hundred-7/15/24 | A | Interest | | | Sold | 09/15/10 | J | | |
| 30. NY NYC genl oblig ser-b - 8/1/24 | A | Interest | J | T | | | | | |
| 31. NYS enviro facs corp - 10/15/24 | A | Interest | J | T | | | | | |
| 32. NY NY Genl Obl ser 10/1/25 | A | Interest | J | T | Buy | 09/21/10 | J | | |
| 33. Metropolitan transn auth ny-ser oid 11/15/25 | A | Interest | J | T | | | | | |
| 34. Metropolitan transn auth ny-ser a 11/15/25 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS Twy Auth Gen rev-g 1/1/26 | A | Interest | K | T | | | | | |
| 36. NYS twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 37. NYS Dorm auth-7/1/26 | A | Interest | K | T | | | | | |
| 38. Triborough brdg & tunl auth - 1/1/27 | A | Interest | J | T | | | | | |
| 39. NY NYC tfa rev futu re tax - 11/1/27 | A | Interest | J | T | | | | | |
| 40. Metropolitan transn auth ny - 11/15/28 | A | Interest | J | T | | | | | |
| 41. NY NY genl oblig ser H - 3/15/29 | A | Interest | | | Sold | 01/26/10 | J | | |
| 42. Capital One Bank - CD matures 1/23/13 | A | Interest | J | T | Buy | 11/30/10 | J | | |
| 43. Paragon coml Bk - CD matures 4/8/15 | C | Interest | L | T | Buy | 11/30/10 | L | | |
| 44. NYS Dorm Auth - 7/1/26 | A | Interest | | | Buy | 03/08/10 | J | | |
| 45. NYS Dorm Auth - 7/1/26 | A | Interest | | | Sold | 05/04/10 | J | | |
| 46. Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 47. Nassau Cnty NY Genl Oblig 1/1/14 | A | Interest | | | Sold | 01/04/10 | J | | |
| 48. NYS twy auth local hghwy 4/1/21 | A | Interest | J | T | | | | | |
| 49. Harborfields Cent Sch Dist NY 6/1/18 | A | Interest | J | T | | | | | |
| 50. Buffalo NY Mun Wtr Fin Auth wtr 7/1/22 | A | Interest | J | T | | | | | |
| 51. NYS dorm auth lease rev 7/1/25 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Eastport South Manor Cent Sch Dist 6/15/21 | A | Interest | K | T | | | | | |
| 53. Dutchess Cnty NY resource recovery 1/1/13 | A | Interest | | | Sold | 11/10/10 | J | | |
| 54. NY NYC Hlth & Hosp Corp. 2/15/14 | A | Interest | | | Sold | 11/26/10 | J | | |
| 55. NYS dorm auth revs 2/15/14 | A | Interest | | | Sold | 03/17/10 | J | | |
| 56. Smithtown NY Cent Sch dist 8/1/15 | A | Interest | J | T | | | | | |
| 57. NYS dorm auth rev aid long 11/1/15 | A | Interest | J | T | | | | | |
| 58. Tarrytown NY Union Free Sch Dist 1/15/17 | A | Interest | J | T | | | | | |
| 59. NYS dorm auth rev 2/1/18 | A | Interest | | | Sold | 11/01/10 | J | | |
| 60. Schenectady NYC sch dis 6/15/20 | A | Interest | J | T | | | | | |
| 61. Dutchess Cnty NY indi dev agy 7/1/20 | A | Interest | J | T | | | | | |
| 62. NY NY genl oblig ser-g 8/1/20 | A | Interest | J | T | | | | | |
| 63. NYS environmental facs 12/15/20 | A | Interest | J | T | | | | | |
| 64. East Islip NY un free sch dist ser-a 6/15/21 | A | Interest | J | T | | | | | |
| 65. NY NYC genl oblig ser a 8/1/21 | A | Interest | K | T | | | | | |
| 66. Rockland Co NY various purposes 8/15/21 | A | Interest | J | T | | | | | |
| 67. NY NY genl oblig ser-1 3/1/22 | A | Interest | J | T | | | | | |
| 68. Suffolk Co NY pub impt serial ser-a 5/15/22 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Buffalo NY fiscal stability 9/1/21 | A | Interest | J | T | | | | | |
| 70.  Brookhaven NY open space 11/1/21 | A | Interest | J | T | | | | | |
| 71.  Florida St Brd Ed Pub - 6/1/22 | A | Interest | J | T | Buy | 12/08/10 | J | | |
| 72.  NY NYC Mun wtr fin auth 6/15/22 | A | Interest | K | T | | | | | |
| 73.  NY NYC indl dev agy civic 6/1/22 | A | Interest | | | Sold | 09/23/10 | J | | |
| 74.  NY NYC mun wtr fin auth 6/15/22 | A | Interest | J | T | | | | | |
| 75.  Metropolitan Trans auth ny ser-a 11/15/22 | A | Interest | J | T | | | | | |
| 76.  Long Island poer auth ny 12/1/22 | A | Interest | K | T | | | | | |
| 77.  Freeport NY genl oblig ser-a 1/15/23 | A | Interest | J | T | | | | | |
| 78.  NYS envir facs corp st clean 6/15/23 | A | Interest | J | T | | | | | |
| 79.  NYS dorm auth Rochester ser-a 7/1/23 | A | Interest | J | T | | | | | |
| 80.  NY NYC genl oblig ser-n 8/1/23 | A | Interest | | | Sold | 01/12/10 | J | | |
| 81.  NY NY genl oblig ser-j 8/1/23 | A | Interest | | | Sold | 01/12/10 | J | | |
| 82.  NY NYC transitional 11/1/23 | A | Interest | | | Sold | 06/09/10 | J | | |
| 83.  NYS muni bond bank agy 12/1/23 | A | Interest | J | T | | | | | |
| 84.  Metropolitan trans au ny svc 1/1/24 | A | Interest | J | T | | | | | |
| 85.  NY NY genl oblig ser-I 3/1/24 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. NYS enviro facs corp st 6/15/24 | A | Interest | K | T | | | | | |
| 87. Port Auth NY & NJ 7/15/24 | A | Interest | | | Sold | 09/15/10 | J | | |
| 88. NYS dorm au memorial sloan 7/1/24 | A | Interest | J | T | | | | | |
| 89. NY NYC genl oblig ser-b 8/1/24 | A | Interest | J | T | | | | | |
| 90. NYS enviro facs corp 10/15/24 | A | Interest | K | T | | | | | |
| 91. NYS enviro facs 6/15/25 | A | Interest | K | T | | | | | |
| 92. NY genl oblig 10/1/25 | A | Interest | J | T | Buy | 09/21/10 | J | | |
| 93. Metropolitan transn auth ny ser-a 11/15/25 | A | Interest | K | T | Buy | 12/09/10 | K | | |
| 94. Metropolitan transn auth ny ser-oid 11/15/25 | A | Interest | J | T | | | | | |
| 95. Metropolitan transn auth ny ser-a 11/15/25 | A | Interest | | | Sold | 12/09/10 | J | | |
| 96. NYS twy auth gen rev ser-g 1/1/26 | B | Interest | K | T | | | | | |
| 97. NYS twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 98. NYS dorm auth pers income 12/15/26 | A | Interest | K | T | | | | | |
| 99. Triborough brdg & tunl auth ny 1/1/27 | A | Interest | J | T | | | | | |
| 100. NYC genl oblig fisca ser-g 8/1/27 | A | Interest | J | T | | | | | |
| 101. NY NYC tfa rev futu re tax 11/1/27 | A | Interest | J | T | | | | | |
| 102. Metropolitan trans auth ny trans 11/15/27 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NYC muni wtr fin auth 6/15/28 | A | Interest | J | T | Buy | 09/23/10 | J | | |
| 104. NYS dorm auth revs 7/1/28 | A | Interest | J | T | Buy | 12/08/10 | J | | |
| 105. Metropolitan transn auth ny dedicated 11/15/27 | A | Interest | | | Sold | 12/09/10 | J | | |
| 106. Metropolitan trans auth ny dedicated 11/15/28 | A | Interest | J | T | | | | | |
| 107. NY NY genl oblig ser H 3/15/29 | A | Interest | | | Sold | 01/26/10 | J | | |
| 108. Paragon coml bk raleigh nc-CD 4/8/15 | B | Interest | K | T | Buy | 04/08/10 | K | | |
| 109. Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 110. AT&T Inc | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 111. Buckeye partners lp | B | Dividend | K | T | | | | | |
| 112. Chevron Corp | A | Dividend | J | T | Buy | 12/03/10 | J | | |
| 113. HJ Heinz Co | A | Dividend | J | T | Buy | 09/01/10 | J | | |
| 114. NY Community bancorp | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 115. Proctor & Gamble | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 116. Smucker JM co com new | A | Dividend | K | T | Buy | 09/01/10 | K | | |
| 117. Verizon Communication | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 118. Caterpillar finl 2/17/14 | A | Interest | J | T | | | | | |
| 119. BP Capital market plc 5/8/14 | A | Interest | K | T | Buy | 08/25/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Sunoco Inc 10/15/14 | A | Interest | J | T | Buy | 07/01/10 | J | | |
| 121. Morgan Stanley 1/26/15 | A | Interest | J | T | Buy | 07/01/10 | J | | |
| 122. JP Morgan Chase & Co 10/1/15 | B | Interest | K | T | Buy | 08/30/10 | K | | |
| 123. Barclays bank plc 9/22/16 | B | Interest | K | T | Buy | 07/01/10 | K | | |
| 124. Goldman Sachs group inc 1/15/17 | B | Interest | K | T | Buy | 08/24/10 | K | | |
| 125. JP Morgan Chase & Co 6/27/17 | A | Interest | K | T | Buy | 07/06/10 | K | | |
| 126. General Electric cap corp 9/15/17 | B | Interest | K | T | Buy | 06/29/10 | K | | |
| 127. Walt Disney Co 12/15/17 | A | Interest | J | T | | | | | |
| 128. Target corp 1/15/18 | A | Interest | J | T | | | | | |
| 129. Verizon Communications 2/15/18 | A | Interest | J | T | | | | | |
| 130. Archer Daniels 3/15/18 | A | Interest | J | T | | | | | |
| 131. Berkshire Hathaway fin 5/15/18 | B | Interest | K | T | Buy | 04/08/10 | K | | |
| 132. Viacom Inc cbs 5/15/18 | B | Interest | K | T | Buy | 08/24/10 | K | | |
| 133. Metlife Inc 8/15/18 | A | Interest | J | T | Buy | 06/29/10 | J | | |
| 134. Vanderbilt University 4/1/19 | A | Interest | J | T | | | | | |
| 135. Credit Suisse 1/14/20 | B | Interest | K | T | Buy | 08/24/10 | K | | |
| 136. 15nc1 step up callable notes 6/11/25 | C | Interest | L | T | Buy | 06/08/10 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Tenn Valley Auth 11/1/17 | A | Interest | K | T | | | | | |
| 138. Tenn Valley Auth 12/15/17 | A | Interest | M | T | | | | | |
| 139. Fed natl mtg assn 5/28/19 | C | Interest | | | Sold | 08/30/10 | M | | |
| 140. Fed natl mtg assn 3/11/22 | B | Interest | | | Sold | 06/07/10 | K | | |
| 141. Fed natl mtg assn step 9/29/25 | C | Interest | | | Sold | 05/10/10 | L | | |
| 142. Fed natl mtg assn 6/3/26 | A | Interest | | | Sold | 06/07/10 | K | | |
| 143. Fed natl mtg assn 4/12/30 | A | Interest | | | Sold | 03/29/10 | M | | |
| 144. Westernbank Puerto Rico 4/19/11 | B | Interest | | | Sold | 05/10/10 | K | | |
| 145. The National Republic Bank of Chicago 6/9/11 | A | Interest | J | T | | | | | |
| 146. Key Bank National assn Ohio cd 8/14/12 | C | Interest | L | T | | | | | |
| 147. Discover Bank Greenwood cd 4/29/13 | A | Interest | K | T | | | | | |
| 148. Goldman Sachs Bank 10/22/13 | C | Interest | L | T | | | | | |
| 149. Paragon coml bank raleigh nc 4/8/15 | A | Interest | J | T | Buy | 04/08/10 | J | | |
| 150. M&L marshall & lisley bank 8/27/18 | C | Interest | | | Sold | 08/27/10 | L | | |
| 151. Doral bk catano 5/21/18 | C | Interest | M | T | Buy | 05/12/10 | M | | |
| 152. Goldman Sachs bank 1/14/19 | B | Interest | K | T | | | | | |
| 153. American Express Bank 3/18/19 | A | Interest | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less           B =$1,001 - $2,500        C =$2,501 - $5,000           D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000       G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less          K =$15,001 - $50,000     L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000      O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. cit bank salt lake city 4/15/19 | C | Interest | M | T | | | | | |
| 155. National bk comm superior 4/30/19 | C | Interest | | | Sold | 06/30/10 | L | | |
| 156. GE capital financial inc 5/28/19 | C | Interest | L | T | | | | | |
| 157. hsbc bank usa 7/31/19 | C | Interest | L | T | | | | | |
| 158. Toyota finl svgs bk hend 10/23/19 | A | Interest | J | T | | | | | |
| 159. hometrust bank clyde nc 8/26/21 | A | Interest | K | T | | | | | |
| 160. morgan stanley bank | A | Interest | J | T | | | | | |
| 161. Sunoco inc 10/15/14 | A | Interest | K | T | Buy | 07/06/10 | K | | |
| 162. Keybank natl assn 3/3/16 | A | Interest | K | T | Buy | 07/19/10 | K | | |
| 163. Fed Natl Mtg Assn | A | Interest | | | Sold | 06/28/10 | J | | |
| 164. JP Morgan 1/30/12 | A | Interest | K | T | | | | | |
| 165. Capital One Bank 1/23/13 | A | Interest | K | T | | | | | |
| 166. Paragon Coml Bk Raleigh NC 4/8/15 | A | Interest | K | T | | | | | |
| 167. Citizens First Savings Bank 2/27/15 | A | Interest | | | Sold | 05/05/10 | K | | |
| 168. Midland States Bank 6/17/16 | A | Interest | | | Sold | 06/17/10 | J | | |
| 169. M&L Bank fsb Las Vegas 9/14/18 | A | Interest | | | Sold | 03/15/10 | J | | |
| 170. Goldman Sachs Bank 3/25/19 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  National Bk Comm Superior 4/30/19 | A | Interest | | | Sold | 06/30/10 | J | | |
| 172.  Cit bank Salt Lake City 4/15/19 | B | Interest | L | T | | | | | |
| 173.  Bank hapoalim bm fid 6/15/20 | A | Interest | K | T | Buy | 06/02/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 4/4/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"SEE ATTACHED certificate of accountant who prepared listing for item VII, dated February 9, 2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Jack B. Weinstein

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weinstein, Jack B. | USDC-Eastern District of NY | 08/19/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 225 Cadman Plaza East <br> Brooklyn, N.Y. 11201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | TIAA Retirement Plans |
| 2. | 1998 | New York State Retirement Plans |
| 3. | 2000 | New York State Savings Plan Schooling (2) |

**Weinstein , Jack B. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Royalties | $4,000.00 |
| 2. 2010 | Teachers Ins & Annuity Pensions | $11,189.00 |
| 3. 2010 | NY State Retirement System Pension | $8,691.84 |
| 4. 2010 | Judicial Retiree & Survivors | $161,732.74 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE. |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Smith Barney cash | A | Interest | J | T | | | | | |
| 2. Smith Barney ms active assets | A | Interest | K | T | | | | | |
| 3. Nassau Cty NY genl obligation 1/1/14 | A | Interest | | | Sold | 01/04/10 | J | | |
| 4. NYS twy auth local hwy-4/1/21 | A | Interest | J | T | | | | | |
| 5. Harborfields cent sch dis-ny-6/1/18 | A | Interest | J | T | | | | | |
| 6. Buffalo NY mun wtr fin auth-7/1/22 | A | Interest | J | T | | | | | |
| 7. NYS dorm auth lease-7/1/25 | A | Interest | J | T | | | | | |
| 8. Duchess Cnty NY resource-1/1/13 | A | Interest | | | Sold | 09/21/10 | J | | |
| 9. Eastport south manor cent sch-6/15/21 | A | Interest | J | T | | | | | |
| 10. NY NYC hlth & hosp-2/15/14 | A | Interest | | | Sold | 11/26/10 | J | | |
| 11. NYS dorm auth revs-2/15/14 | A | Interest | | | Sold | 03/17/10 | J | | |
| 12. NYS enviro facs corp-6/15/14 | A | Interest | J | T | | | | | |
| 13. Smithtown ny cent sch dist-8/1/15 | A | Interest | | | Sold | 05/04/10 | J | | |
| 14. NYS dorm auth rev-2/1/18 | A | Interest | J | T | | | | | |
| 15. Triborough brdg & tunl auth-11/15/18 | A | Interest | J | T | | | | | |
| 16. Duchess Cnty NY indl dev agy-7/1/20 | A | Interest | J | T | | | | | |
| 17. NY NY genl oblig ser-g 8/1/20 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. East Islip NY un free sch dist6/15/2 | A | Interest | K | T | | | | | |
| 19. NY NYC genl oblig ser a - 8/1/21 | A | Interest | K | T | | | | | |
| 20. NY NY genl oblig ser- 1 3/1/22 | A | Interest | J | T | | | | | |
| 21. NY NYC indl dev agy - 6/1/22 | A | Interest | | | Sold | 09/21/10 | J | | |
| 22. NY NYC mun wtr fin auth-6/15/22 | A | Interest | J | T | | | | | |
| 23. Long Island Power Authority - 12/1/22 | A | Interest | K | T | | | | | |
| 24. NYS envir facs corp - 6/15/23 | A | Interest | J | T | | | | | |
| 25. NY NY genl oblig ser j-8/1/23 | A | Interest | | | Sold | 01/12/10 | J | | |
| 26. NYS mun bond bank agy - 12/1/23 | A | Interest | J | T | | | | | |
| 27. NY NY genl oblig ser-1 3/1/24 | A | Interest | J | T | | | | | |
| 28. NYS enviro facs corp - 6/15/24 | A | Interest | K | T | | | | | |
| 29. Port Auth NY & NJ one hundred-7/15/24 | A | Interest | | | Sold | 09/15/10 | J | | |
| 30. NY NYC genl oblig ser-b - 8/1/24 | A | Interest | J | T | | | | | |
| 31. NYS enviro facs corp - 10/15/24 | A | Interest | J | T | | | | | |
| 32. NY NY Genl Obl ser 10/1/25 | A | Interest | J | T | Buy | 09/21/10 | J | | |
| 33. Metropolitan transn auth ny-ser oid 11/15/25 | A | Interest | J | T | | | | | |
| 34. Metropolitan transn auth ny-ser a 11/15/25 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS Twy Auth Gen rev-g 1/1/26 | A | Interest | K | T | | | | | |
| 36. NYS twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 37. NYS Dorm auth-7/1/26 | A | Interest | K | T | | | | | |
| 38. Triborough brdg & tunl auth - 1/1/27 | A | Interest | J | T | | | | | |
| 39. NY NYC tfa rev futu re tax - 11/1/27 | A | Interest | J | T | | | | | |
| 40. Metropolitan transn auth ny - 11/15/28 | A | Interest | J | T | | | | | |
| 41. NY NY genl oblig ser H - 3/15/29 | A | Interest | | | Sold | 01/26/10 | J | | |
| 42. Capital One Bank - CD matures 1/23/13 | A | Interest | J | T | Buy | 11/30/10 | J | | |
| 43. Paragon coml Bk - CD matures 4/8/15 | C | Interest | L | T | Buy | 11/30/10 | L | | |
| 44. NYS Dorm Auth - 7/1/26 | A | Interest | | | Buy | 03/08/10 | J | | |
| 45. NYS Dorm Auth - 7/1/26 | A | Interest | | | Sold | 05/04/10 | J | | |
| 46. Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 47. Nassau Cnty NY Genl Oblig 1/1/14 | A | Interest | | | Sold | 01/04/10 | J | | |
| 48. NYS twy auth local hghwy 4/1/21 | A | Interest | J | T | | | | | |
| 49. Harborfields Cent Sch Dist NY 6/1/18 | A | Interest | J | T | | | | | |
| 50. Buffalo NY Mun Wtr Fin Auth wtr 7/1/22 | A | Interest | J | T | | | | | |
| 51. NYS dorm auth lease rev 7/1/25 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eastport South Manor Cent Sch Dist 6/15/21 | A | Interest | K | T | | | | | |
| 53. Dutchess Cnty NY resource recovery 1/1/13 | A | Interest | | | Sold | 11/10/10 | J | | |
| 54. NY NYC Hlth & Hosp Corp. 2/15/14 | A | Interest | | | Sold | 11/26/10 | J | | |
| 55. NYS dorm auth revs 2/15/14 | A | Interest | | | Sold | 03/17/10 | J | | |
| 56. Smithtown NY Cent Sch dist 8/1/15 | A | Interest | J | T | | | | | |
| 57. NYS dorm auth rev aid long 11/1/15 | A | Interest | J | T | | | | | |
| 58. Tarrytown NY Union Free Sch Dist 1/15/17 | A | Interest | J | T | | | | | |
| 59. NYS dorm auth rev 2/1/18 | A | Interest | | | Sold | 11/01/10 | J | | |
| 60. Schenectady NYC sch dis 6/15/20 | A | Interest | J | T | | | | | |
| 61. Dutchess Cnty NY indi dev agy 7/1/20 | A | Interest | J | T | | | | | |
| 62. NY NY genl oblig ser-g 8/1/20 | A | Interest | J | T | | | | | |
| 63. NYS environmental facs 12/15/20 | A | Interest | J | T | | | | | |
| 64. East Islip NY un free sch dist ser-a 6/15/21 | A | Interest | J | T | | | | | |
| 65. NY NYC genl oblig ser a 8/1/21 | A | Interest | K | T | | | | | |
| 66. Rockland Co NY various purposes 8/15/21 | A | Interest | J | T | | | | | |
| 67. NY NY genl oblig ser-1 3/1/22 | A | Interest | J | T | | | | | |
| 68. Suffolk Co NY pub impt serial ser-a 5/15/22 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Buffalo NY fiscal stability 9/1/21 | A | Interest | J | T | | | | | |
| 70. Brookhaven NY open space 11/1/21 | A | Interest | J | T | | | | | |
| 71. Florida St Brd Ed Pub - 6/1/22 | A | Interest | J | T | Buy | 12/08/10 | J | | |
| 72. NY NYC Mun wtr fin auth 6/15/22 | A | Interest | K | T | | | | | |
| 73. NY NYC indl dev agy civic 6/1/22 | A | Interest | | | Sold | 09/23/10 | J | | |
| 74. NY NYC mun wtr fin auth 6/15/22 | A | Interest | J | T | | | | | |
| 75. Metropolitan Trans auth ny ser-a 11/15/22 | A | Interest | J | T | | | | | |
| 76. Long Island poer auth ny 12/1/22 | A | Interest | K | T | | | | | |
| 77. Freeport NY genl oblig ser-a 1/15/23 | A | Interest | J | T | | | | | |
| 78. NYS envir facs corp st clean 6/15/23 | A | Interest | J | T | | | | | |
| 79. NYS dorm auth Rochester ser-a 7/1/23 | A | Interest | J | T | | | | | |
| 80. NY NYC genl oblig ser-n 8/1/23 | A | Interest | | | Sold | 01/12/10 | J | | |
| 81. NY NY genl oblig ser-j 8/1/23 | A | Interest | | | Sold | 01/12/10 | J | | |
| 82. NY NYC transitional 11/1/23 | A | Interest | | | Sold | 06/09/10 | J | | |
| 83. NYS muni bond bank agy 12/1/23 | A | Interest | J | T | | | | | |
| 84. Metropolitan trans au ny svc 1/1/24 | A | Interest | J | T | | | | | |
| 85. NY NY genl oblig ser-1 3/1/24 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. NYS enviro facs corp st 6/15/24 | A | Interest | K | T | | | | | |
| 87. Port Auth NY & NJ 7/15/24 | A | Interest | | | Sold | 09/15/10 | J | | |
| 88. NYS dorm au memorial sloan 7/1/24 | A | Interest | J | T | | | | | |
| 89. NY NYC genl oblig ser-b 8/1/24 | A | Interest | J | T | | | | | |
| 90. NYS enviro facs corp 10/15/24 | A | Interest | K | T | | | | | |
| 91. NYS enviro facs 6/15/25 | A | Interest | K | T | | | | | |
| 92. NY genl oblig 10/1/25 | A | Interest | J | T | Buy | 09/21/10 | J | | |
| 93. Metropolitan transn auth ny ser-a 11/15/25 | A | Interest | K | T | Buy | 12/09/10 | K | | |
| 94. Metropolitan transn auth ny ser-oid 11/15/25 | A | Interest | J | T | | | | | |
| 95. Metropolitan transn auth ny ser-a 11/15/25 | A | Interest | | | Sold | 12/09/10 | J | | |
| 96. NYS twy auth gen rev ser-g 1/1/26 | B | Interest | K | T | | | | | |
| 97. NYS twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 98. NYS dorm auth pers income 12/15/26 | A | Interest | K | T | | | | | |
| 99. Triborough brdg & tunl auth ny 1/1/27 | A | Interest | J | T | | | | | |
| 100. NYC genl oblig fisca ser-g 8/1/27 | A | Interest | J | T | | | | | |
| 101. NY NYC tfa rev futu re tax 11/1/27 | A | Interest | J | T | | | | | |
| 102. Metropolitan trans auth ny trans 11/15/27 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. NYC muni wtr fin auth 6/15/28 | A | Interest | J | T | Buy | 09/23/10 | J | | |
| 104. NYS dorm auth revs 7/1/28 | A | Interest | J | T | Buy | 12/08/10 | J | | |
| 105. Metropolitan transn auth ny dedicated 11/15/27 | A | Interest | | | Sold | 12/09/10 | J | | |
| 106. Metropolitan trans auth ny dedicated 11/15/28 | A | Interest | J | T | | | | | |
| 107. NY NY genl oblig ser H 3/15/29 | A | Interest | | | Sold | 01/26/10 | J | | |
| 108. Paragon coml bk raleigh nc-CD 4/8/15 | B | Interest | K | T | Buy | 04/08/10 | K | | |
| 109. Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 110. AT&T Inc | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 111. Buckeye partners lp | B | Dividend | K | T | | | | | |
| 112. Chevron Corp | A | Dividend | J | T | Buy | 12/03/10 | J | | |
| 113. HJ Heinz Co | A | Dividend | J | T | Buy | 09/01/10 | J | | |
| 114. NY Community bancorp | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 115. Proctor & Gamble | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 116. Smucker JM co com new | A | Dividend | K | T | Buy | 09/01/10 | K | | |
| 117. Verizon Communication | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 118. Caterpillar finl 2/17/14 | A | Interest | J | T | | | | | |
| 119. BP Capital market plc 5/8/14 | A | Interest | K | T | Buy | 08/25/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Sunoco Inc 10/15/14 | A | Interest | J | T | Buy | 07/01/10 | J | | |
| 121. Morgan Stanley 1/26/15 | A | Interest | J | T | Buy | 07/01/10 | J | | |
| 122. JP Morgan Chase & Co 10/1/15 | B | Interest | K | T | Buy | 08/30/10 | K | | |
| 123. Barclays bank plc 9/22/16 | B | Interest | K | T | Buy | 07/01/10 | K | | |
| 124. Goldman Sachs group inc 1/15/17 | B | Interest | K | T | Buy | 08/24/10 | K | | |
| 125. JP Morgan Chase & Co 6/27/17 | A | Interest | K | T | Buy | 07/06/10 | K | | |
| 126. General Electric cap corp 9/15/17 | B | Interest | K | T | Buy | 06/29/10 | K | | |
| 127. Walt Disney Co 12/15/17 | A | Interest | J | T | | | | | |
| 128. Target corp 1/15/18 | A | Interest | J | T | | | | | |
| 129. Verizon Communications 2/15/18 | A | Interest | J | T | | | | | |
| 130. Archer Daniels 3/15/18 | A | Interest | J | T | | | | | |
| 131. Berkshire Hathaway fin 5/15/18 | B | Interest | K | T | Buy | 04/08/10 | K | | |
| 132. Viacom Inc cbs 5/15/18 | B | Interest | K | T | Buy | 08/24/10 | K | | |
| 133. Metlife Inc 8/15/18 | A | Interest | J | T | Buy | 06/29/10 | J | | |
| 134. Vanderbilt University 4/1/19 | A | Interest | J | T | | | | | |
| 135. Credit Suisse 1/14/20 | B | Interest | K | T | Buy | 08/24/10 | K | | |
| 136. 15nc1 step up callable notes 6/11/25 | C | Interest | L | T | Buy | 06/08/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Tenn Valley Auth 11/1/17 | A | Interest | K | T | | | | | |
| 138. Tenn Valley Auth 12/15/17 | A | Interest | M | T | | | | | |
| 139. Fed natl mtg assn 5/28/19 | C | Interest | | | Sold | 08/30/10 | M | | |
| 140. Fed natl mtg assn 3/11/22 | B | Interest | | | Sold | 06/07/10 | K | | |
| 141. Fed natl mtg assn step 9/29/25 | C | Interest | | | Sold | 05/10/10 | L | | |
| 142. Fed natl mtg assn 6/3/26 | A | Interest | | | Sold | 06/07/10 | K | | |
| 143. Fed natl mtg assn 4/12/30 | A | Interest | | | Sold | 03/29/10 | M | | |
| 144. Westernbank Puerto Rico 4/19/11 | B | Interest | | | Sold | 05/10/10 | K | | |
| 145. The National Republic Bank of Chicago 6/9/11 | A | Interest | J | T | | | | | |
| 146. Key Bank National assn Ohio cd 8/14/12 | C | Interest | L | T | | | | | |
| 147. Discover Bank Greenwood cd 4/29/13 | A | Interest | K | T | | | | | |
| 148. Goldman Sachs Bank 10/22/13 | C | Interest | L | T | | | | | |
| 149. Paragon coml bank raleigh nc 4/8/15 | A | Interest | J | T | Buy | 04/08/10 | J | | |
| 150. M&L marshall & lisley bank 8/27/18 | C | Interest | | | Sold | 08/27/10 | L | | |
| 151. Doral bk catano 5/21/18 | C | Interest | M | T | Buy | 05/12/10 | M | | |
| 152. Goldman Sachs bank 1/14/19 | B | Interest | K | T | | | | | |
| 153. American Express Bank 3/18/19 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. cit bank salt lake city 4/15/19 | C | Interest | M | T | | | | | |
| 155. National bk comm superior 4/30/19 | C | Interest | | | Sold | 06/30/10 | L | | |
| 156. GE capital financial inc 5/28/19 | C | Interest | L | T | | | | | |
| 157. hsbc bank usa 7/31/19 | C | Interest | L | T | | | | | |
| 158. Toyota finl svgs bk hend 10/23/19 | A | Interest | J | T | | | | | |
| 159. hometrust bank clyde nc 8/26/21 | A | Interest | K | T | | | | | |
| 160. morgan stanley bank | A | Interest | J | T | | | | | |
| 161. Sunoco inc 10/15/14 | A | Interest | K | T | Buy | 07/06/10 | K | | |
| 162. Keybank natl assn 3/3/16 | A | Interest | K | T | Buy | 07/19/10 | K | | |
| 163. Fed Natl Mtg Assn | A | Interest | | | Sold | 06/28/10 | J | | |
| 164. JP Morgan 1/30/12 | A | Interest | K | T | | | | | |
| 165. Capital One Bank 1/23/13 | A | Interest | K | T | | | | | |
| 166. Paragon Coml Bk Raleigh NC 4/8/15 | A | Interest | K | T | | | | | |
| 167. Citizens First Savings Bank 2/27/15 | A | Interest | | | Sold | 05/05/10 | K | | |
| 168. Midland States Bank 6/17/16 | A | Interest | | | Sold | 06/17/10 | J | | |
| 169. M&L Bank fsb Las Vegas 9/14/18 | A | Interest | | | Sold | 03/15/10 | J | | |
| 170. Goldman Sachs Bank 3/25/19 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  National Bk Comm Superior 4/30/19 | A | Interest | | | Sold | 06/30/10 | J | | |
| 172.  Cit bank Salt Lake City 4/15/19 | B | Interest | L | T | | | | | |
| 173.  Bank hapoalim bm fid 6/15/20 | A | Interest | K | T | Buy | 06/02/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/19/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

"SEE ATTACHED certificate of accountant who prepared listing for item VII, dated February 9, 2011

Items 203 and 204 in Section VII were erroneously added as they were the property of the ▮▮▮▮▮▮▮

The Federal College Savings Program is age-based.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544